# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JULIET EVANCHO; ELISSA RIDENOUR; and A.S., a minor, by and through his parent and next friend, DANIEL SMILEY,<br><br>*Plaintiffs*,<br><br>v.<br><br>PINE-RICHLAND SCHOOL DISTRICT; DR. BRIAN R. MILLER, in his official capacity as Superintendent of the Pine-Richland School District; and NANCY BOWMAN, in her official capacity as Principal of Pine-Richland High School,<br><br>*Defendants*. | PITTSBURGH DIVISION<br><br>Civil Action No. 2:16-cv-01537-MRH |

## ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

Having read and considered the motion of Omar Gonzalez-Pagan, counsel for Plaintiffs JULIET EVANCHO, ELISSA RIDENOUR, and A.S., a minor, by and through his parent and next friend DANIEL SMILEY, requesting leave to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiffs. Being fully advised, it is hereby ORDERED that the motion be, and hereby is GRANTED.

Dated this 7th day of October, 2016.

_____
U.S. District Court Judge